IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MAJED ABDULLAH MALIKI,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:19-cv-00520

CITY OF PARKERSBURG,

        Defendant.

**PROPOSED FINDINGS & RECOMMENDATION**

This matter is assigned to the Honorable Thomas E. Johnston, Chief United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 2.) Before this Court is the motion to dismiss filed by Defendant City of Parkersburg. (ECF No. 3.)

On October 17, 2019, the undersigned entered an order granting Plaintiff Majed Abdullah Maliki ("Plaintiff") leave to file an amended complaint and directed him to do so on or before November 20, 2019. (ECF No. 10.) Plaintiff timely filed the amended complaint. (ECF No. 13.) Of note, Plaintiff appears to have removed any claims against the City of Parkersburg as an entity in the amended complaint. (*See id.*)

Because this matter will now proceed on the amended complaint, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY AS MOOT** Defendant City of Parkersburg's motion to dismiss. (ECF No. 3.) It is further **RECOMMENDED** that the presiding District Judge **DISMISS WITHOUT PREJUDICE** Plaintiff's claims

against Defendant City of Parkersburg, as it is not named as a party in the amended complaint. (ECF No. 13.)

The parties are notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Thomas E. Johnston, Chief United States District Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days (filing of objections) and three (3) days (mailing) from the date of the filing of this Proposed Findings and Recommendation to file with the Clerk of this Court specific written objections identifying the portions of the Proposed Findings and Recommendation to which objection is made and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown. Copies of any objections shall be provided to the opposing party or, if it is represented by counsel, to its counsel, and to Chief Judge Johnston.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Fourth Circuit Court of Appeals. 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *Wright v. Collins*, 766 F.2d 841, 846 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

The Clerk is **DIRECTED** to file this Proposed Findings and Recommendation and to mail a copy of the same to Plaintiff and to transmit a copy to counsel of record.

ENTER: November 22, 2019

Dwane L. Tinsley
United States Magistrate Judge